IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Daniels, Ladonna

Printed: 5/6/08

Case Number: 08 B 02687
Judge: Wedoff, Eugene R
Filed: 2/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 0.00 |
| 2. | Economy Interiors | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 29,109.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 1,772.57 | 0.00 |
| 5. | Thorncreek Townhomes | Unsecured | 931.05 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 77.43 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 125.00 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 7.82 | 0.00 |
| 9. | CB USA | Unsecured | 45.04 | 0.00 |
| 10. | Devon Financial Services Inc | Unsecured | 48.70 | 0.00 |
| 11. | Illinois Dept Of Employment Sec | Unsecured | 415.90 | 0.00 |
| 12. | ACC Consumer Finance | Unsecured | | No Claim Filed |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 15. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 16. | Americash Loans | Unsecured | | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 20. | CBCS | Unsecured | | No Claim Filed |
| 21. | CBCS | Unsecured | | No Claim Filed |
| 22. | CB USA | Unsecured | | No Claim Filed |
| 23. | Credit Management Co. | Unsecured | | No Claim Filed |
| 24. | DuPage County | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Daniels, Ladonna | | Case Number: 08 B 02687 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | | Filed: 2/6/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Credit Protection Association | Unsecured | | No Claim Filed |
| 27. | Drive Financial Services | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 30. | Global Payments | Unsecured | | No Claim Filed |
| 31. | First Choice Loans | Unsecured | | No Claim Filed |
| 32. | H & F Law Offices | Unsecured | | No Claim Filed |
| 33. | H & F Law Offices | Unsecured | | No Claim Filed |
| 34. | H & F Law Offices | Unsecured | | No Claim Filed |
| 35. | IC System Inc | Unsecured | | No Claim Filed |
| 36. | HSBC | Unsecured | | No Claim Filed |
| 37. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 38. | Illinois Secretary Of State | Unsecured | | No Claim Filed |
| 39. | Park Dansan | Unsecured | | No Claim Filed |
| 40. | Jeffcapsys | Unsecured | | No Claim Filed |
| 41. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 42. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 43. | Jeffcapsys | Unsecured | | No Claim Filed |
| 44. | Platinum Capital Investments | Unsecured | | No Claim Filed |
| 45. | Nicor Gas | Unsecured | | No Claim Filed |
| 46. | RMI/MCSI | Unsecured | | No Claim Filed |
| 47. | IC System Inc | Unsecured | | No Claim Filed |
| 48. | RMI/MCSI | Unsecured | | No Claim Filed |
| 49. | Portfolio Acquisitions | Unsecured | | No Claim Filed |
| 50. | Allgate Financial | Unsecured | | No Claim Filed |
| 51. | West Asset Management | Unsecured | | No Claim Filed |
| 52. | Park Dansan | Unsecured | | No Claim Filed |
| 53. | RMI/MCSI | Unsecured | | No Claim Filed |
| 54. | RMI/MCSI | Unsecured | | No Claim Filed |
| 55. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 56. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 57. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,996.51 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____